UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUSAN BRADY and STUDIO LIGHT INC.,

                 Plaintiffs,

-against-

ACUITY BRANDS LIGHTING, INC.,

                 Defendant.

23-CV-2061 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

       As discussed at the conference on June 10, 2025, fact discovery is closed and no further extensions will be granted. The Court grants a short extension of the expert discovery deadlines as follows: Plaintiffs' deadline to disclose their non-retained experts is **June 30, 2025**, Defendant's expert disclosures are due **July 18, 2025,** and the close of all expert discovery shall be **August 15, 2025**. Additionally, the parties shall submit a letter to the Court confirming that they have engaged in the requisite, one-hour settlement discussion by no later than **September 5, 2025**. The letter shall include whether the parties request referral to the District's Mediation Program or referral to Magistrate Judge Wang for settlement.

       The deadline for the parties to submit opening briefs for any dispositive motions shall be **October 3, 2025**. Opposition briefs shall be due **October 31, 2025** and reply briefs shall be due **November 14, 2025**.

       IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for August 5, 2025 at 2:30 p.m., is CANCELED.

Dated: June 12, 2025
        New York, New York

                                                               SO ORDERED.

                                                                *Jessica Clarke*

                                                                 JESSICA G. L. CLARKE
                                                                 United States District Judge